

# NUMBER 13-17-00525-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ARTURO LUNA JR.,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

---

**On appeal from the 398th District Court
of Hidalgo County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Contreras, Longoria, and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's second unopposed motion for extension of time to file the brief. The reporter's record was filed on February 15, 2018, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time

totaling 90 days to file the brief, and appellant now seeks an additional 60 days, until August 20, 2018, to file the brief.

The Court GRANTS appellant's second unopposed motion for extension to file the brief and ORDERS the Honorable O. Rene Flores to file the brief on or before August 20, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of June, 2018.